Felmy

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 2 9 2014

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. B-14-MJ-809 |
| Maria GONZALEZ | ) | |
| | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **August 29, 2014** in the county of **Cameron** in the **Southern** District of **Texas** the defendant violated **8 USC 1324**,

an offense described as follows:

Knowing or in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, concealed, harbored, or shielded from detection, or attempted to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation within the United States.

This criminal complaint is based on these facts:

On August 29, 2014, Homeland Security Special Agents and United States Border Patrol Agents encountered Maria Gonzalez and requested consent to search her residence at ▓▓▓▓▓▓▓▓ in Brownsville, Texas. Gonzalez provided verbal and written consent to search her residence. A search of Gonzalez' residence revealed a total of eight (8) undocumented aliens, three of whom were minors, under the age of 14. Gonzalez was advised of her rights as per Miranda and agreed to speak with agents without the presence of an attorney. During the interview, Gonzalez stated she was harboring the undocumented aliens for a human smuggling organization and the organization was paying her $1500 per alien plus $20 per day per alien harbored at her residence. Gonzalez also stated she was teaching the undocumented aliens how to answer questions in order for them to be transported through the United States Border Patrol Checkpoints at Sarita and Falfurrias, Texas. Two (2) of the aliens were held as material witnesses. Both material witnesses identified Gonzalez as the person who would feed them and teach them how to answer the questions at the United States Border Patrol Checkpoint.

☒ Continued on the attached sheet.

*Complainant's signature*

Josue Torres-Bosch, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 29, 2014

*Judge's signature*

City and state: Brownsville, Texas

Ronald G. Morgan  U.S. Magistrate Judge
*Printed name and title*